UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL HERNANDEZ PADILLA (TDCJ No. 356764), | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-452-B |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division, ET AL., | § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATED: APRIL 18, 2018**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE